UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Paid #585142

IN RE:  CASE NO.  05-44215-BKC-AJC
RENE R. OLIVA
HAYDEE RODRIGUEZ

APR 16 2010

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 10.33 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 4/15/10

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:
RENE R. OLIVA
HAYDEE RODRIGUEZ
21166 SW 112TH AVENUE
MIAMI, FL 33189

EDWARD FREIRE, ESQ.
10647 N KENDALL DRIVE
MIAMI, FL 33176

ERIN CAPITAL MGMT
%POLLACK & ROSEN
800 DOUGLAS RD, STE 450
CORAL GABLES, FL 33134

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   05-44215-BKC-AJC
RENE R. OLIVA
HAYDEE RODRIGUEZ

                                          CHAPTER 13


RENE R. OLIVA
HAYDEE RODRIGUEZ
21166 SW 112TH AVENUE
MIAMI, FL 33189


EDWARD FREIRE, ESQ.
10647 N KENDALL DRIVE
MIAMI, FL 33176


ERIN CAPITAL MGMT           ---------$         10.33
%POLLACK & ROSEN
800 DOUGLAS RD, STE 450
CORAL GABLES, FL 33134
                                      UNDELIVERABLE/STALE
U.S. Trustee                          CLAIM REGISTER#  1
51 S.W. 1st Avenue
Miami, Florida 33130